BOYER, OSEI & KIM, LLC.
970 Clifton Ave, Suite 201
Clifton, New Jersey 07013
Tel No: 973-798-6131
Fax No: 201-503-8150
Bar ID #010241984

| In Re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| Benjamin L. Gamble<br>Robin R. Gamble, | Case No: 17-27621VFP |
| Debtors, | Chapter 13 |

### OPPOSITION TO MARIE-ANN GREENBERG, STANDING CHAPTER 13 TRUSTEE OBJECTION TO CONFIRMATION PLAN

On or about November 1, 2017, Marie-Ann Greenberg's Standing Chapter 13 Trustee's Office filed an Objection to Confirmation Plan.

For the reasons set forth below Debtors.

1. On November 3, 2017, I filed an amended Plan to include IRS debt as well as the correct amount of the arrears and mortgage payment, per Proof of Claim file.
2. Scheduled I & J have also been amended to include mortgage payment per Proof of Claim.
3. On November 2, 2017 all documents requested for a 341 hearing have been sent to Trustee via 13document.
4. Debtors, will suffer irreparable harm if Standard Chapter 13 Trustee's Objection is granted as all issues have been resolved.

/s/ LEONARD R. BOYER, ESQ.
LEONARD R. BOYER, ESQ.

Dated: November 3, 2017