| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>In Re:<br><br>Benjamin L. Gamble, Robin R Gamble | Case No.: _____17-27621_____<br><br>Chapter: _____13_____<br><br>Judge: _____VFP_____ |

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: __Leonard R Boyer_____

This will confirm that on _____11/3/17_____ the following document(s) was filed by you.

☒ Amendment to Schedule(s) __I & J_____,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 11/6/17_____                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Benjamin L. Gamble  
Robin R Gamble  
    Debtors

Case No. 17-27621-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 06, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2017.  
db/jdb         +Benjamin L. Gamble,    Robin R Gamble,    405 Thompson Ave.,    Roselle, NJ 07203-1534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:

           Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Leonard R Boyer    on behalf of Debtor Benjamin L. Gamble lrbnjesq@gmail.com, lrbnjlaw@gmail.com;mcordova48890@aol.com  
           Leonard R Boyer    on behalf of Joint Debtor Robin R Gamble lrbnjesq@gmail.com, lrbnjlaw@gmail.com;mcordova48890@aol.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                      TOTAL: 6