**BOYER COFFY, LLC.**
970 Clifton Ave, Suite 201
Clifton, New Jersey 07013
Tel No: 973-798-6131
Fax No: 201-503-8150
Bar ID #010241984

| In Re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| Benjamin L. Gamble<br>Robin R. Gamble | Case No: 17-27621VFP |
| Debtors, | Chapter 13 |

## OPPOSITION TO MARIE-ANN GREENBERG, STANDING CHAPTER 13 TRUSTEE OBJECTION TO CONFIRMATION

On or about November 15, 2017, Marie-Ann Greenberg, Chapter 13 Trustee, filed Objection to Confirmation of Plan.

For the reasons set forth below Debtors, Benjamin L. Gamble and Robin R. Gamble, Oppose to the Objection to Confirmation of Plan.

Chapter 13 Plan has been modified and filed this day to abide by Marie-Ann Greenberg, Chapter 13 Trustee requirements.

Debtors, will suffer irreparable harm if Standing Chapter 13 Trustee's Objection to Confirmation of Plan.

/s/ LEONARD R. BOYER, ESQ.
LEONARD R. BOYER, ESQ.

Dated: December 15, 2017