| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>BOYER COFFY, LLC<br>970 Clifton Avenue, Suite 201<br>Clifton, New Jersey 07013<br>Tel. No. (973) 798-6131<br>Fax No. (201) 503-8150<br>Bar ID 010241984 | Order Filed on March 20, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Benjamin L. Gamble<br>Robin R. Gamble | Case No.:       17-27621<br><br>Chapter:            13<br><br>Judge:       Vincent F. Papalia |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 20, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___January 15, 2018___ :

Property:  ___405 Thompson Avenue, Roselle, New Jersey 07203___

Creditor:  ___Specialized Loan Servicing, LLC___

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ___March 15, 2018___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___June 16, 2018___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2