Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  17−27621−VFP
          Chapter:  13
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Benjamin L. Gamble                                  Robin R Gamble
   aka Ben Gamble                                     405 Thompson Ave.
   405 Thompson Ave.                                Roselle, NJ 07203
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−5521                                               xxx−xx−0522

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/16/18 at 11:00 AM

to consider and act upon the following:

*58* – Motion to Approve Loan Modification with SLS Mtg. Filed by Leonard R Boyer on behalf of Benjamin L. Gamble, Robin R Gamble. Objection deadline is 07/26/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) (Boyer, Leonard)

*59* – Objection to Debtor(s) Motion to Approve Loan Modification (related document:58 Motion to Approve Loan Modification with SLS Mtg. Filed by Leonard R Boyer on behalf of Benjamin L. Gamble, Robin R Gamble. Objection deadline is 07/26/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) filed by Debtor Benjamin L. Gamble, Joint Debtor Robin R Gamble) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/16/18

                                                                  Jeanne Naughton
                                                                  Clerk, U.S. Bankruptcy Court