**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 17−27621−VFP
                              Chapter: 13
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Benjamin L. Gamble                                      Robin R Gamble
   aka Ben Gamble                                            405 Thompson Ave.
   405 Thompson Ave.                                   Roselle, NJ 07203
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−5521                                                  xxx−xx−0522

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/16/18 at 11:00 AM

to consider and act upon the following:

*58* − Motion to Approve Loan Modification with SLS Mtg. Filed by Leonard R Boyer on behalf of Benjamin L. Gamble, Robin R Gamble. Objection deadline is 07/26/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) (Boyer, Leonard)

*59* − Objection to Debtor(s) Motion to Approve Loan Modification (related document:58 Motion to Approve Loan Modification with SLS Mtg. Filed by Leonard R Boyer on behalf of Benjamin L. Gamble, Robin R Gamble. Objection deadline is 07/26/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) filed by Debtor Benjamin L. Gamble, Joint Debtor Robin R Gamble) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/16/18

                                                                               Jeanne Naughton
                                                                               Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Benjamin L. Gamble  
Robin R Gamble  
    Debtors

Case No. 17-27621-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 16, 2018  
                     Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2018.  
db/jdb        +Benjamin L. Gamble,    Robin R Gamble,    405 Thompson Ave.,    Roselle, NJ 07203-1534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2018                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2018 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor     The Bank of New York Mellon FKA The Bank of New York,  
          as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series  
          2007-9 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Leonard R Boyer     on behalf of Debtor Benjamin L. Gamble lrbnjesq@gmail.com,  
          lrbnjlaw@gmail.com;mcordova48890@aol.com;r.lr73573@notify.bestcase.com  
         Leonard R Boyer     on behalf of Joint Debtor Robin R Gamble lrbnjesq@gmail.com,  
          lrbnjlaw@gmail.com;mcordova48890@aol.com;r.lr73573@notify.bestcase.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Rebecca Ann Solarz     on behalf of Creditor     The Bank of New York Mellon FKA The Bank of New York,  
          as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series  
          2007-9 rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                           TOTAL: 6