**BOYER COFFY, LLC.**
970 Clifton Ave, Suite 201
Clifton, New Jersey 07013
Tel No: 973-798-6131
Fax No: 201-503-8150
Bar ID #010241984

Order Filed on August 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| Benjamin L. Gamble<br>Robin R. Gamble | Case No: 17-27621VFP |
|  | Chapter 13 |
| Debtors, | Hearing Date: 8/16/18 @ 11am |

## ORDER PERMITTING THE PARTIES TO ENTER INTO A LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

DATED: August 22, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtors: Benjamin L. Gamble and Robin R. Gamble
Case No: 17-27621VFP
Caption of Order:  Order approving Motion to permit parties to enter into a Loan Modification Agreement

**THIS MATTER** having been brought before the Court by Leonard R. Boyer, Esq., of Boyer Coffy, LLC., attorneys for Debtors, to permit Secured Creditor and Debtors to enter into a Loan Modification Agreement, and due notice having been given, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** as follows:

1. That the Debtors are permitted to enter into a Loan Modification Agreement with respect to Real Estate commonly known as 405 Thompson Ave, Roselle, New Jersey 07203.*

    *on the terms set forth in the Motion

2. That the Loan Modification will be valid, notwithstanding the automatic stay provisions of U.S.C. §362(a), and Creditor will not be held liable for violations of the stay for communications in furtherance of that purpose, exception of the applicable documents or recording of the documents during the Debtors' case.

3. Attorneys for secured creditor SPS will amend its claim within 30 days of the finalization of the loan modification.

4. Our office will file an amended schedule J to show loan modification mortgage payment, which is almost $800.00 less than the original mortgage payment.

5. We therefore, request that this Order for approval of a loan modification is hereby granted, as it benefits, Debtors and Secured creditor.