**BOYER COFFY, LLC.**
970 Clifton Ave, Suite 201
Clifton, New Jersey 07013
Tel No: 973-798-6131
Fax No: 201-503-8150
Bar ID #010241984

Order Filed on August 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| Benjamin L. Gamble<br>Robin R. Gamble<br><br>Debtors, | Case No: 17-27621VFP<br><br>Chapter 13<br><br>Hearing Date: 8/16/18 @ 11am |

## ORDER PERMITTING THE PARTIES TO ENTER INTO A LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

DATED: August 22, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtors: Benjamin L. Gamble and Robin R. Gamble
Case No: 17-27621VFP
Caption of Order: Order approving Motion to permit parties to enter into a Loan Modification Agreement

**THIS MATTER** having been brought before the Court by Leonard R. Boyer, Esq., of Boyer Coffy, LLC., attorneys for Debtors, to permit Secured Creditor and Debtors to enter into a Loan Modification Agreement, and due notice having been given, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** as follows:

1. That the Debtors are permitted to enter into a Loan Modification Agreement with respect to Real Estate commonly known as 405 Thompson Ave, Roselle, New Jersey 07203.*

   *on the terms set forth in the Motion

2. That the Loan Modification will be valid, notwithstanding the automatic stay provisions of U.S.C. §362(a), and Creditor will not be held liable for violations of the stay for communications in furtherance of that purpose, exception of the applicable documents or recording of the documents during the Debtors' case.

3. Attorneys for secured creditor SPS will amend its claim within 30 days of the finalization of the loan modification.

4. Our office will file an amended schedule J to show loan modification mortgage payment, which is almost $800.00 less than the original mortgage payment.

5. We therefore, request that this Order for approval of a loan modification is hereby granted, as it benefits, Debtors and Secured creditor.

United States Bankruptcy Court
District of New Jersey

In re:
Benjamin L. Gamble
Robin R Gamble
    Debtors

Case No. 17-27621-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 23, 2018
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2018.
db/jdb      +Benjamin L. Gamble,    Robin R Gamble,    405 Thompson Ave.,    Roselle, NJ 07203-1534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
   as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
   2007-9 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Leonard R Boyer    on behalf of Debtor Benjamin L. Gamble lrbnjesq@gmail.com,
   lrbnjlaw@gmail.com;mcordova48890@aol.com;r.lr73573@notify.bestcase.com
         Leonard R Boyer    on behalf of Joint Debtor Robin R Gamble lrbnjesq@gmail.com,
   lrbnjlaw@gmail.com;mcordova48890@aol.com;r.lr73573@notify.bestcase.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
   as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
   2007-9 rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         TOTAL: 6