

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Marie-Ann Greenberg, MAG-1284*<br>*Marie-Ann Greenberg, Standing Trustee*<br>*30 TWO BRIDGES ROAD*<br>*SUITE 330*<br>*FAIRFIELD, NJ  07004-1550*<br>*973-227-2840*<br>*Chapter 13 Standing Trustee* | |
| IN RE:<br><br>   BENJAMIN L. GAMBLE<br>   ROBIN R GAMBLE | Case No.:  17-27621 VFP<br><br>Hearing Date:  3/21/2019 |

Order Filed on March 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 26, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): BENJAMIN L. GAMBLE
ROBIN R GAMBLE

Case No.: 17-27621

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/21/2019 on notice to LEONARD R BOYER, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.