Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−27621−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Benjamin L. Gamble<br>aka Ben Gamble<br>405 Thompson Ave.<br>Roselle, NJ 07203 | Robin R Gamble<br>405 Thompson Ave.<br>Roselle, NJ 07203 |

Social Security No.:
  xxx−xx−5521                                  xxx−xx−0522

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 5, 2021</u>                 <u>Vincent F. Papalia</u>
                                           Judge, United States Bankruptcy Court